IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JUDITH LORRAINE GREEN, ET AL.** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | 5:15-CV-20 | |
| § | | |
| **AARON BAXTER, ET AL.** § | | |
| Defendants § | | |

## MEMORANDUM ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant Titus County Sheriff's Office's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 13) is **GRANTED.** It is further

**ORDERED** that Plaintiffs' claims against Defendant Titus County Sheriff's Office are **DISMISSED WITH PREJUDICE**.

**SIGNED** this 21st day of September, 2015.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE